**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
_____ District of **Delaware**
(State)

Case number (*If known*): _____ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy            04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Kettner Investments, LLC |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | Stone Ash, LLC; General Hemp, LLC; Greater Hemp, LLC |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 4 6 – 1 3 7 2 2 5 8 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 9625 Mission Gorge Road <br> Number    Street <br> No. B-2331 <br> Santee                  CA  92071 <br> City                    State   ZIP Code <br><br> San Diego <br> County | _____ <br> Number    Street <br> _____ <br> P.O. Box <br> _____ <br> City           State   ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> _____ <br> Number    Street <br> _____ <br> _____ <br> City           State   ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  **Kettner Investments, LLC**                                    Case number (*if known*)_____
                Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br><br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br><br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br><br>  5   2   5   9 |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br><br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check all that apply*:<br>  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).<br>  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>  ☐ A plan is being filed with this petition.<br>  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____ When _____ Case number _____<br>                                                      MM / DD / YYYY<br>          District _____ When _____ Case number _____<br>                                                      MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____ Relationship _____<br>          District _____ When _____<br>                                                      MM / DD / YYYY<br>          Case number, if known _____ |

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page **2**

Debtor  **Kettner Investments, LLC**          Case number (*if known*)_____
         Name

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|---|
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>                                Number           Street<br>_____<br>_____<br>City                                                            State       ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>         Contact name _____<br>         Phone _____ |

### Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
|---|---|---|
| 14. | **Estimated number of creditors** | ☑ 1-49            ☐ 1,000-5,000        ☐ 25,001-50,000<br>☐ 50-99           ☐ 5,001-10,000       ☐ 50,001-100,000<br>☐ 100-199         ☐ 10,001-25,000      ☐ More than 100,000<br>☐ 200-999 |
| 15. | **Estimated assets** | ☐ $0-$50,000              ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000         ☑ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000        ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million     ☐ More than $50 billion |

Debtor  Kettner Investments, LLC                                  Case number (*if known*)_____
      Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/16/2020
           MM / DD / YYYY

✗ /s/ John W. Huemoeller II                        John W. Huemoeller II
  Signature of authorized representative of debtor     Printed name

Title  Manager

**18. Signature of attorney**

✗ /s/ Neil B. Glassman                             Date  09/16/2020
  Signature of attorney for debtor                          MM / DD / YYYY

Neil B. Glassman
Printed name

Bayard, P.A.
Firm name

600      N. King Street, Suite 400
Number    Street

Wilmington                                         DE          19801
City                                               State       ZIP Code

302.655.5000                                       nglassman@bayardlaw.com
Contact phone                                      Email address

2087                                               DE
Bar number                                         State

**UNANIMOUS WRITTEN CONSENT
OF
THE EXECUTIVE COMMITTEE
OF
KETTNER INVESTMENTS, LLC**
(a Delaware limited liability company)

Pursuant to Section 18-404(d) of the Delaware Limited Liability Company Act (the "**Act**"), the undersigned, constituting all of the members of the Executive Committee (the "**Managers**") of Kettner Investments, LLC, a Delaware limited liability company (the "**Company**"), hereby approve the following resolutions and consent to their adoption without a meeting as though said resolutions were adopted at a duly convened meeting of the Executive Committee of the Company:

WHEREAS, the San Diego Superior Court is contemplating the appointment of a receiver in case no. 37-2018-00056184-CU-BC-CTL, Kettner Investments, LLC v. Kriebel, and the Managers believe that the appointment of a receiver could have extremely negative consequences for the Company, its assets, its portfolio companies and its members; and

WHEREAS, the Company is currently unable to pay its bills when they come due; and

WHEREAS, the Executive Committee has the authority under Section 5.13(a) of its limited liability company agreement to seek protection from creditors under the federal Bankruptcy Code.

NOW, THEREFORE, BE IT RESOLVED, that the Company shall file a Chapter 11 bankruptcy in the United States Bankruptcy Court for the District of Delaware at the earliest practicable time following the date of this Unanimous Written Consent.

FURTHER RESOLVED, that John W. Huemoeller is hereby designated to hire Delaware bankruptcy counsel, and in consultation with and advice of bankruptcy counsel and other legal counsel, execute, or cause the execution of, all documents and filings necessary to commence the Chapter 11 filing and to comply with the ongoing filing and reporting requirements under the Code. Mr. Huemoeller may delegate his responsibilities under this resolution as he reasonable deems necessary and practicable.

This Consent may be executed in any number of counterparts, each of which shall be deemed an original and all of which, taken together, shall constitute the same instrument. Signature pages may be delivered electronically.

[Remainder of Page Intentionally Left Blank]

1

In witness whereof, the undersigned Managers, constituting all of the members of the Executive Committee of the Company, have executed this Unanimous Written Consent effective September 11, 2020.

**EXECUTIVE COMMITTEE MEMBERS/ MANAGERS:**

By: _____
Stuart W. Titus

By: _____
John W. Huemoeller II

By: _____
Timothy R. Scott

2

2

In witness whereof, the undersigned Managers, constituting all of the members of the Executive Committee of the Company, have executed this Unanimous Written Consent effective September 11, 2020.

**EXECUTIVE COMMITTEE MEMBERS/ MANAGERS:**

By: _____
Stuart W. Titus

By: _____
John W. Huemoeller II

By: _____
Timothy R. Scott

2

2

In witness whereof, the undersigned Managers, constituting all of the members of the Executive Committee of the Company, have executed this Unanimous Written Consent effective September 11, 2020.

**EXECUTIVE COMMITTEE MEMBERS/ MANAGERS:**

By: ___/s/ Stuart W. Titus_____
Stuart W. Titus

By: _____
John W. Huemoeller II

By: _____
Timothy R. Scott

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>KETTNER INVESTMENTS, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 20-_____ (\_\_) |

## STATEMENT OF CORPORATE OWNERSHIP

Pursuant to Rules 1007(a)(1) and 7007.1 of the Fed. R. Bankr. P., the following is a list of corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of the above-captioned debtor's equity interests:

| Shareholder | Percentage of Equity Held |
|---|---|
| N/A | N/A |

---

[1] The Debtor in this chapter 11 case, together with the last four digits of the Debtor's federal tax identification number, is as follows: Kettner Investments, LLC (2258). The mailing address for the Debtor, solely for purposes of notices and communications, is: 9625 Mission Gorge Road, No. B-2331, Santee, California 92071.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>KETTNER INVESTMENTS, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 20-_____ (__) |

# LIST OF EQUITY SECURITY HOLDERS

Pursuant to 1007(a)(3) of the Fed. R. Bankr. P., the following is a list of entities holding an interest in the above-captioned debtor:

| Name | Mailing Address | Percentage of Equity Held |
|---|---|---|
| The Estate of Michael Robert Llamas | Estate of Michael Robert Llamas<br>c/o Marilyn Kriebel, Administrator<br>1380 El Cajon Blvd., Suite 216<br>El Cajon, CA 92020 | 84.7% |
| Stuart W. Titus | 10525 Vista Sorrento Parkway, Suite 200<br>San Diego, CA 92121 | 9.4% |
| TL-66 LLC | Symphony Towers<br>750 B Street, Suite 3225<br>San Diego, CA 92101 | 5.5% |
| James R. Arabia | Symphony Towers<br>750 B Street, Suite 3225<br>San Diego, CA 92101 | <1% |
| John W. Huemoeller II | 2525 Hazard Street<br>Houston, TX 77019 | <1% |

---

[1] The Debtor in this chapter 11 case, together with the last four digits of the Debtor's federal tax identification number, is as follows: Kettner Investments, LLC (2258). The mailing address for the Debtor, solely for purposes of notices and communications, is: 9625 Mission Gorge Road, No. B-2331, Santee, California 92071.

**Fill in this information to identify the case:**

Debtor name   Kettner Investments, LLC

United States Bankruptcy Court for the: _____  District of  Delaware
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | COLUMBIA & BEECH CORPORATION<br><br>74 DISCOVERY<br>IRVINE, CA 92618 | ATTN: STEVEN NAPOLES<br>STEVEN@NAPOLESLAW.COM | | DISPUTED | | | $8,104,152.00 |
| 2 | KRISTA LLAMAS<br><br>C/O 501 BROADWAY, SUITE 1770<br>SAN DIEGO, CA 92101 | ATTN: DONALD VAUGHN, ESQ<br>DAV@VV-LAW.COM | | CONTINGENT UNLIQUIDATED | | | $2,600,000.00 |
| 3 | PROCOPIO, CORY, HARGREAVES & SAVITCH LLP<br><br>12544 HIGH BLUFF DR., SUITE 400<br>SAN DIEGO, CA 92130 | ATTN: JOHN CLEARY<br>JOHN.CLEARY@PROCOPIO.COM | LEGAL FEES | DISPUTED | | | $839,607.00 |
| 4 | WILENCHIK & BARTNESS<br><br>WILENCHIK & BARTNESS BLDG<br>2810 NORTH THIRD STREET<br>PHOENIX, AZ 85004 | | | DISPUTED | | | $41,738.00 |
| 5 | SMITH, KATZENSTEIN & JENKINS<br><br>1000 WEST STREET, SUITE 1501<br>WILMINGTON, DE 19801 | ATTN: DAVID A. JENKINS, ESQ.<br>DAJ@SKJLAW.COM | LEGAL FEES | | | | $16,545.30 |

Debtor  Kettner Investments, LLC  
        Name

Case number (*if known*)_____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 6 | STATE OF CALIFORNIA BUSINESS BANKRUPTCY FRANCHISE TAX BOARD BUSINESS ENTITY BANKRUPTCY MS A345 SACRAMENTO, CA 95812 | | | DISPUTED | | | $15,000.00 |
| 7 | WHITE & BRIGHT 970 CANTERBURY PLACE ESCONDIDO, CA 92025 | ATTN: JENNIFER SINEX JSINEX@WHITEANDBRITE.COM | | | | | $12,015.00 |
| 8 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP 1201 MARKET ST, SUITE 1600 WILMINGTON, DE 19801 | ATTN; RJ SCAGGS RSCAGGS@MNAT.COM | | | | | $5,153.10 |
| 9 | IBARRA CARILLO SOTO 371 E STREET CHULA VISTA, CA 91910 | | | | | | $5,094.00 |
| 10 | PHILLIP KOEHNKE APC PO BOX 2025 CARLSBAD, CA 92018 | PEK@PEKLAW.COM | | | | | $5,000.00 |
| 11 | ROBERT MALASEK 11202 MORENO AVENUE LAKESIDE, CA 92040 | RTMALASEK@GMAIL.COM | | | | | $156.00 |
| 12 | NATUREWELL, INC. 110 WEST C STREET, SUITE 1300 SAN DIEGO, CA 92101 | ATTN: ROBERT MALASEK RTMALASEK@GMAIL.COM | | | | | $146.00 |
| 13 | MARILYN KRIEBEL C/O 12760 HIGH BLUFF DRIVE, SUITE 240 SAN DIEGO, CA 92130 | ATTN: SEAN C. COUGHLIN, ESQ. SCC@COUGHLIN-LAW.COM | LITIGATION | CONTINGENT DISPUTED UNLIQUIDATED | | | UNKNOWN |

Debtor   Kettner Investments, LLC
         Name

Case number (*if known*)_____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 14 | **PREMIUM PRODUCE** C/O 11440 WEST BERNARDO COURT, SUITE 300 SAN DIEGO, CA 92127 | ATTN: M. CRIS ARMENTA, ESQ CRIS@CRISARMENTA.COM | LITIGATION | CONTINGENT DISPUTED UNLIQUIDATED | | | **UNKNOWN** |
| 15 | **STONE ASH LLC** C/O 11440 WEST BERNARDO COURT, SUITE 300 SAN DIEGO, CA 92127 | ATTN: M. CRIS ARMENTA, ESQ CRIS@CRISARMENTA.COM | LITIGATION | CONTINGENT DISPUTED UNLIQUIDATED | | | **UNKNOWN** |
| 16 | **SHANNON AND JEFF LLAMAS** C/O 11440 WEST BERNARDO COURT, SUITE 300 SAN DIEGO, CA 92127 | ATTN: M. CRIS ARMENTA, ESQ CRIS@CRISARMENTA.COM | LITIGATION | CONTINGENT DISPUTED UNLIQUIDATED | | | **UNKNOWN** |

**Fill in this information to identify the case and this filing:**

Debtor Name  Kettner Investments, LLC

United States Bankruptcy Court for the  District of Delaware

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑ Other document that requires a declaration  List of Equity Security Holders and Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/16/2020          ✘  /s/ John W. Huemoeller II
           MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                    John W. Huemoeller II
                                    Printed name

                                    Manager
                                    Position or relationship to debtor

Official Form 202                **Declaration Under Penalty of Perjury for Non-Individual Debtors**